USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/22/2020_

Randi F. Knepper
McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
(973) 993-8100
(973) 425-0161 (fax)
Attorneys for Plaintiff
Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>SHARON ELLIS, MARY MARROW, VILMONT LINDO, RENEE RICHARDS AND NICKIESHA DALHOUSE,<br><br>  Defendants. | Civil Action No.: 1:19-cv-03543-AT<br><br>ORDER |

**THIS MATTER**, having been opened to the Court upon application of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Plaintiff, Metropolitan Life Insurance Company ("MetLife"), and upon notice to Defendants Sharon Ellis, Mary Marrow, Vilmont Lindo, Renee Richards and Nickiesha Dalhouse (collectively, the "Defendants"), and the Court having reviewed and considered the application and all materials submitted herewith and all pleadings and proceedings to date, and the Court being fully informed:

**IT IS** on this __22nd__ day of __May__, 2020,

**ORDERED** that Defendants are compelled to litigate, adjust and/or settle among each

other their respective and lawful entitlement to the remaining life insurance benefits payable pursuant to the Delta Family-Care Disability and Survivorship Plan (the "D&S Plan") and the Delta Airlines, Inc. Optional Insurances Plan (the "Optional Insurances Plan") (collectively the "Plans") as a result of the death of Devon Ellis, (the "Decedent") or upon their failure to do so, this Court to settle and adjust the claims and determine to whom the "Remaining Plan Benefits", which are deposited with the Clerk of the Court, should be paid; and it is further

**ORDERED** that the Defendants be and hereby are permanently restrained and enjoined from instituting and/or prosecuting any other suit, cause of action or civil proceeding in any state, federal or other court of competent jurisdiction against MetLife, Delta, the D&S Plan or the Optional Insurances Plan seeking the Plan benefits, plus any applicable interest, or asserting damage claims arising under the said Plans, on account of the death of the Decedent; and it is further

**ORDERED** that MetLife hereby is dismissed from this action with prejudice and without any further liability in connection with the Plans and the Remaining Plan Benefits due thereunder as a result of the death of the Decedent; and it is further

**ORDERED** that a copy of this Order and Judgment shall be served upon all parties within seven (7) days of receipt thereof.

_____
ANALISA TORRES
United States District Judge

Dated: May 22, 2020
New York, New York

2