```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/20/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
METROPOLITAN LIFE INSURANCE
COMPANY,

                        Interpleader Plaintiff,

-against-

SHARON ELLIS, MARY MARROW, VILMONT
LINDO, RENEE RICHARDS AND NICKIESHA
DALHOUSE,

                        Defendants.

19 Civ. 3543 (AT) (BCM)

**ORDER**

ANALISA TORRES, District Judge:

    The initial pretrial conference scheduled for July 27, 2020 is ADJOURNED *sine die*.

    SO ORDERED.

Dated: July 20, 2020
       New York, New York

*(signature)*
ANALISA TORRES
United States District Judge