*Law Office Of*

# Valerie A. Gray P.C.

3539 Tiemann Avenue
Bronx, NY 10469
Email: vgrayesq@gmail.com

*T: (718)-231-4285*
F: (718)-231-4680

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __08/28/2020__

August 27, 2020

Hon. Judge Barbara Moses
United States District Court
For the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 20A
New York, NY 10007-1312

## MEMO ENDORSED

Re:  Metropolitan Life Insurance Company v Sharon Ellis et al
Civil Action No.: 1:19-cv-3543(AT)

This office represents Sharon Ellis, Cross-Claimant in this matter.  The matter is scheduled for an initial telephonic conference on **September 3, 2020 at 10:00am**. We are requesting an adjournment of the scheduled conference and an extension of the time to file a Pre-Conference Statement.

This adjournment and extension are being requested as counsel for the Cross-claimant has a death in her family that requires travel out of the Country.  Due to COVID-19 Restrictions, her travel had to be extended to facilitate quarantine.

The attached letter was sent to the Defendants.  Mary Marrow consented to the adjournment, we are yet to hear from Nickiesha  Dalhouse.  Vilmont Lindo and Renee Richards remain silent.

We are requesting that the matter be adjourned to **October 15, 2020**.

Application GRANTED to the extent that initial case management conference currently scheduled for September 3, 2020 at 10:00 a.m. is hereby ADJOURNED to **October 22, 2020 at 10:00 a.m.** The dial-in information and the parties' pre-conference requirements remain the same. *See* Order Scheduling Initial Case Management Conference (Dkt. No. 14). Counsel for Sharon Ellis must serve a copy of this Order on all other defendants that have executed a waiver of summons in this matter and must file proof of such service on the docket. The Court reminds counsel that she has not filed proof of service of the Order Scheduling Initial Case Management with respect to the other defendants, as she was also required to do.

Barbara Moses, U.S.M.J.
August 28, 2020

Respectfully,

*Valerie A. Gray*

Valerie A. Gray, Esq.

*Law Office Of*

# Valerie A. Gray P.C.

3539 Tiemann Avenue
Bronx, NY 10469
Email: valeriegraylaw@optimum.net

*T: (718)-231-4285*
F: (718)-231-4680

August 26, 2020

Mary Dianna Marrow
105 Charter Oak Court
Peachtree City, GA 30269

Nickiesha Dalhouse
126 A Edgewater Road
South Have, Yallahs
St. Thomas, Jamaica W.I.

**Re:  Metropolitan Life Insurance Company v Sharon Ellis et al**
        **Civil Action No.: 1:19-cv-3543(AT)**

Good afternoon Ms. Marrow & Ms. Dalhouse,

The subject matter is scheduled for an initial conference on September 3, 2020 at 9:30am.  Said conference will be via teleconference.

Please be advised that Ms. Gray will not be available for the conference as her mother-in-law passed away recently and she had to travel out of the country for the funeral and other pertinent family business.  Due to COVID-19 restrictions, her travel had to be extended to facilitate quarantine.

It is our intention to request an adjournment of the hearing.  Please advise if you will consent to the adjournment.  The proposed dates are October 8, 15 or 22.  Please let me know which date is best for you.

Respectfully,

*Valerie A. Gray*

Valerie A. Gray, Esq.

cc.  Renee Richards
        Vilmont Lindo