UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

METROPOLITAN LIFE INS. CO.,

    Interpleader-Plaintiff,

-against-

SHARON ELLIS, et al.,

    Interpleader-Defendants.

19-CV-3543 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On October 22, 2020, the Court conducted a telephonic initial case management conference attended by all of the interpleader defendants and by counsel for interpleader defendant Sharon Ellis. The remaining parties appeared *pro se*. During the conference, the parties confirmed that interpleader defendants Mary Morrow (mistakenly listed as Mary Marrow on the docket), Renee Richards, and Vilmont Lindo have reached agreements in principle to resolve their disputes with Ellis. Counsel for Ellis further confirmed that she will prepare written settlement documents, including stipulations and/or proposed orders dismissing Elli's cross-claims against the settling parties and directing the disbursement of funds, now in the Court's registry, which are no longer in dispute. Interpleader defendant Nickiesha Dalhouse confirmed that she has not reached any agreement to resolve her dispute with Ellis; however, both Ellis and Dalhouse are agree that they could benefit from early mediation. Accordingly, the Court finds that entry of a discovery schedule is not warranted at this time.

It is hereby ORDERED that:

1. Interpleader defendant Ellis may amend her answer and crossclaim no later than **December 30, 2020**. Thereafter, the parties shall not amend their pleadings or join additional parties absent leave of the Court.

2. Interpleader defendants Ellis, Morrow, Richards, and Lindo shall finalize the terms of their settlement, and submit one or more stipulations and/or proposed orders dismissing Ellis's crossclaims against the settling parties and directing the disbursement of funds no longer in dispute, no later than **November 23, 2020**.

3. Each of the pro se parties – Morrow, Richards, Lindo, and Dalhouse – shall promptly complete and file a Notice of Pro Se Appearance form, which is attached to this Order and is also available, in fillable form, at http://nysd.uscourts.gov/forms.php. Pro se parties may file their Notices of Appearance, and other pleadings, letters, and documents in this action, by using any of the following methods:

   a. **Drop off** the document in the drop box located in the lobby of the U.S. Courthouse at 500 Pearl Street, New York, NY, 10007, addressed to the Pro Se Intake Unit.

   b. **Mail** the documents to the Pro Se Intake Unit at: U.S. Courthouse, 500 Pearl Street, Room 200, New York, NY 10007.

   c. **Email** the documents to Temporary_Pro_Se_Filing@nysd.uscourts.gov. Instructions for filing documents by email may be found on the Court's website at nysd.uscourts.gov/forms/instructions-filing-documents-email.

4. Pro se parties are also encouraged to consent to electronic service of Court filings. Pro se parties who have an email address and wish to *receive* case-related documents (including court orders) quickly, automatically, and electronically, may consent to electronic service by filing a Pro Se (Nonprisoner) Consent & Registration Form to Receive Documents Electronically, which is attached to this Order and is also available, in fillable form, at http://nysd.uscourts.gov/forms.php.

5. Pro se parties who have an email address and wish to *receive*, *serve*, *and file* case-related documents electronically through the Court's ECF system may request permission to do so by filing a Motion for Permission for Electronic Case Filing, a form for which is attached to this Order and also available, in fillable form, at http://nysd.uscourts.gov/forms.php.

6. The Court will issue a separate Mediation Referral Order, referring Ellis and Dalhouse to the Court-annexed Mediation Program.

7. Judge Moses will conduct a status conference on **December 14, 2020 at 12:00 noon**. At that time, the parties are directed to call **(888) 557-8511** and enter the access code **7746387**. No later than **December 7, 2020**, counsel for plaintiff, attorney Valerie Gray, shall file a joint status update letter, with the input and consent of all remaining parties in this action, informing the Court as to the status of this case, including any settlement efforts made.

8. The Clerk of Court is respectfully directed to update the docket of this case, correcting the spelling of Mary Morrow, who is currently erroneously listed as Mary Marrow.

Chambers staff will mail copies of this Order, with attached forms, to the pro se parties.

Dated: New York, New York
October 22, 2020

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|                                   |                               |
|-----------------------------------|-------------------------------|
|                     Plaintiff(s), | Docket No: _____CV_____(   )(   ) |
|         -against-                 | NOTICE OF PRO SE APPEARANCE   |
|                     Defendant(s). |                               |

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☐ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

☐ Plaintiff
☐ Defendant

_____
Name (Last, First, MI)

_____
Address     City     State     Zip Code

_____
Telephone Number     e-mail address

_____
Date     Signature

United States District Court
Southern District of New York
*Pro Se Office*

# Pro Se (Nonprisoner) Consent & Registration Form to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;
2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail. Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;
2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;
3. This service does *not* allow you to electronically file your documents;
4. It will be your duty to regularly review the docket sheet of the case.[2]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.



**United States District Court**
**Southern District of New York**
*Pro Se Office*

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____

_____
Name (Last, First, MI)

_____
Address          City          State          Zip Code

_____
Telephone Number          E-mail Address

_____
Date          Signature

**Return completed form to:**

Pro Se Office (Room 200)
500 Pearl Street
New York, NY 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff or petitioner.

-against-

_____

_____

Write the full name of each defendant or respondent.

No. \_\_\_\_\_CV_____

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on _____.

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

    ☐ a computer with internet access and a word processor

    type of computer I will be using: _____

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

SDNY Rev: 10/4/18

   type of word processor I will be using: _____

☐ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

☐ a scanner to convert documents that are only in paper format into electronic files

   scanning equipment I will be using: _____

☐ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

   version of PDF reader and writer that I will be using:

   _____

☐ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

_____     _____
Dated               Signature

_____
Name

_____    _____    _____    _____
Address         City         State    Zip Code

_____     _____
Telephone Number           E-mail Address

2