```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/10/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
METROPOLITAN LIFE INSURANCE
COMPANY,

                        Interpleader Plaintiff,

-against-

SHARON ELLIS, MARY MARROW, VILMONT
LINDO, RENEE RICHARDS AND NICKIESHA
DALHOUSE,

                        Defendants.

19 Civ. 3543 (AT) (BCM)

**ORDER**

ANALISA TORRES, District Judge:

    The December 9, 2020 order at ECF No. 73, granting the parties' motion to adjourn the status conference scheduled for December 14, 2020, is hereby VACATED.

    SO ORDERED.

Dated: December 10, 2020
       New York, New York

                                                ANALISA TORRES
                                        United States District Judge