UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
METROPOLITAN LIFE INSURANCE
COMPANY,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/18/2020_

          Interpleader Plaintiff,

-against-

SHARON ELLIS, MARY MARROW, VILMONT
LINDO, RENEE RICHARDS AND NICKIESHA
DALHOUSE,

          Defendants.

19 Civ. 3543 (AT) (BCM)

**ORDER**

ANALISA TORRES, District Judge:

    WHEREAS, plaintiff Metropolitan Life Insurance Company (MetLife) brought this interpleader action on April 22, 2019, to compel interpleader defendants Sharon Ellis, Mary Morrow (originally identified as Mary "Marrow"), Vilmont Lindo, Renee Richards, and Nickiesha Dalhouse to litigate or settle between themselves their respective rights to certain life insurance benefits (the Benefits) funded by a group life insurance policy issued by MetLife; and

    WHEREAS, on June 6, 2019, MetLife deposited the disputed funds, in the aggregate amount of $322,400 (the Interpleaded Funds)[1] into the Disputed Ownership Fund of this Court, ECF No. 24, and on May 22, 2020, MetLife was dismissed from this action, ECF No. 36; and

    WHEREAS, on July 30, 2019, Ellis answered and cross-claimed against Morrow, Lindo, Richards, and Dalhouse, ECF No. 33; and

    WHEREAS, Ellis has reached a settlement with Morrow, Lindo, and Richards; and

---

[1] The aggregate available Benefits were $403,000. *See* Compl. (Dkt. No. 1) ¶ 16. However, no party disputed Ellis's entitlement to 20% of the Benefits, in the amount of paid $80,600. *Id.* ¶ 23. Consequently, MetLife deposited the remaining $322,400 into the Disputed Ownership Fund. *Id.*; *see also* Knepper Cert. (Dkt. No. 34-2) ¶ 12.

WHEREAS, the settling parties' Stipulation of Settlement and Partial Release, ECF No. 68, which has been served on all parties ECF. No. 71, provides for disbursements from the Interpleaded Funds as set forth below; and

WHEREAS, the disbursements set forth below do not impair the claim of the non-settling crossclaim defendant, Dalhouse, to 45% of the Benefits, *see* Compl. ¶ 14; Knepper Cert. Ex. A, in the amount of $181,350;

The Clerk of Court shall disburse a portion of the Interpleaded Funds as follows:

1. $25,000.00 (Twenty Five Thousand Dollars), by check, payable to Mary Morrow and delivered to Mary Morrow, 105 Charter Oak Court Peachtree City, Georgia 30269.

2. $10,000.00 (Ten Thousand Dollars), by check, payable to Bethany United Methodist Church and delivered in care of The Law Office of Valerie A. Gray P.C., 3539 Tiemann Avenue, Bronx, NY 10469.

3. $5000.00 (Five Thousand Dollars), by check, payable to Delta Care Fund and delivered in care of The Law Office of Valerie A. Gray P.C., 3539 Tiemann Avenue, Bronx, NY 10469.

A copy of this Order shall be served upon the Clerk of Court or upon the Financial Deputy Clerk.

SO ORDERED.

Dated: December 18, 2020
       New York, New York

                                                                   ANALISA TORRES
                                            United States District Judge