```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARON ELLIS,

        Plaintiff,

-against-

NICKIESHA DALHOUSE,

        Defendant.

19-CV3543 (AT) (BCM)

**ORDER SCHEDULING POST-DISCOVERY CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed on the record during the June 17, 2021 conference, it is hereby ORDERED that a telephonic post-discovery status conference will take place on **August 23, 2021, at 10:00 a.m.** At that time, the parties shall dial **(888) 557-8511** and enter the access code **7746387**. In advance of the conference, and no later than **August 19, 2021**, the parties shall submit a joint status letter updating the Court on the status of the case.

Dated: New York, New York
       June 17, 2021

                        **SO ORDERED**.

                        _____
                        **BARBARA MOSES**
                        **United States Magistrate Judge**