USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/2021

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

---

SHARON ELLIS

*Claimant*

- against -

NICKIESHA DALHOUSE

*Defendant*

---

19 Civ. 3543 ( AT)

**ORDER**

**WHEREAS**, by Order dated June 06, 2019, Metropolitan Life Insurance Company deposited with the Clerk of United States District Court Southern District of New York, the death benefits of two insurance policies, by remitting one check in the amount of $82,400.00 and a second check in the amount of $240,000.00, for a total amount of $322,400.00 deposited with the Clerk of United States District Court Southern District of New York.

**WHEREAS** by Order dated December 18, 2020, the Clerk of United States District Court Southern District of New York, released three (3) checks as follows:

1. Twenty Five Thousand Dollars ($25,000.00) payable to Mary Morrow.
2. Ten Thousand Dollars ($10,000.00) payable to Bethany United Methodist Church.
3. Five Thousand Dollars ($5,000.00) payable to Delta Care Fund.

**AND WHEREAS** at a Zoom Mediation Conference held on July 15, 2021, before Holly Weiss, Mediator, the parties settled the action. A Stipulation of Settlement is filed herewith.

**NOW IT IS HEREBY ORDERED** that the Clerk of United States District Court, Southern District of New York, shall release two (2) checks as follows:

1. Ninety Thousand Five Hundred Dollars ($90,500.00) payable to Nickeisha Dalhouse, and send to her at 126A West Edgeware Road, Southaven, Yallahs, St Thomas, Jamaica W.I.

2. All remaining balance in the account to Valerie A. Gray, as attorney, and send to The Law Office of Valerie A. Gray P.C., 3539 Tiemann Avenue, Bronx, NY 10469; and it is further

**ORDERED** that this case is closed; and it is further

**ORDERED** that a copy of this Order shall be served upon the Clerk of this Court, or upon the Financial Deputy Clerk.

SO ORDERED.

Dated: August 16, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge